### BURNSTINE v. BURNSTINE.

(Supreme Court, Appellate Division, First Department.  June 20, 1913.)

APPEAL AND ERROR (§ 876*)—QUESTIONS REVIEWABLE—APPEALS FROM ORDERS.
    A judgment can only be corrected on appeal from the judgment, and not on appeal from an order denying a motion to resettle it.
    [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3549–3559; Dec. Dig. § 876.*]

Appeal from Special Term, New York County.

Action by Aurelia M. Burnstine against Nathan Burnstine. From an order denying a motion for resettlement of findings and judgment, and from an order denying motion for reargument, defendant appeals. Order denying motion for reargument affirmed, and order denying motion for resettlement modified and affirmed.

Argued before INGRAHAM, P. J., and LAUGHLIN, SCOTT, DOWLING, and HOTCHKISS, JJ.

Wales F. Severance, of New York City, for appellant.

Charles Strauss, of New York City, for respondent.

PER CURIAM. The order denying motion for reargument is affirmed. The order denying motion for resettlement is modified, by striking out the provision of the judgment that it was entered on motion of the defendant's attorney, and, as so modified, affirmed, without costs, on the ground that the judgment can be corrected on appeal from the judgment, and not on appeal from an order denying a motion to resettle it.